UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA A. CANADY,

    Petitioner,

    v.

JANE PARNELL,

    Respondent.

CASE NO. C14-0682-RSL

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's request to voluntarily withdraw her federal habeas petition (Dkt. 11) is GRANTED and this action is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Mary Alice Theiler.

Dated this 3rd day of September, 2014.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION
PAGE -1